AUSA: Nhan Ho Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Kara Klupacs Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.

Randy Lewis MYLES, Jr.

Case: 2:26−mj−30734
Assigned To : Unassigned
Assign. Date : 11/20/2026
Description: CMP USA v Myles (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 30, 2026 - November 20, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |
| 18 U.S.C. § 1343 | Wire fraud |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Kara Klupacs, Special Agent, ATF

*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: November 20, 2026

City and state: Detroit, MI

Anthony P. Patti, United States Magistrate Judge

*Printed name and title*

# AFFIDAVIT

I, Kara Klupacs, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since March 2018. I am currently assigned to the Detroit Field Division Group 1. I have graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training. Prior to becoming a Special Agent, I served eight years as a federal law enforcement officer, both as a U.S. Customs and Border Protection Officer out of the Port of Detroit and as a U.S. Secret Service Uniformed Division Officer in Washington, DC. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. The ATF is currently conducting a criminal investigation concerning Randy Lewis MYLES, Jr. for violations of 18 U.S.C. § 922(g)(1) (felon in possession of ammunition) and 18 U.S.C. § 1343 (wire fraud).

## II. PROBABLE CAUSE

4. MYLES is currently on his three-year term of supervised release arising out of a conviction of felon in possession of a firearm and ammunition in 2025. (*See* Case No. 24-20643, ECF No. 51). MYLES began supervised release in June 2026. MYLES's told U.S. probation that he resided at XXXXX Mok, Eastpoint, Michigan (Mok Residence). However, in September and October 2026, MYLES's probation officer attempted to conduct compliance checks at the Mok Residence but was unsuccessful in making contact with MYLES at the location. After the latest attempt on October 23, 2026, MYLES contacted the probation officer and said that he had been at his mother's residence at the time of the attempted compliance check. On October 28, 2026, after another unsuccessful attempt by the probation officer to establish contact with MYLES at the Mok Residence, MYLES directed the probation officer to XXXXX Cushing, Eastpointe, Michigan (Cushing Residence), where the probation officer subsequently met with

MYLES. MYLES told the probation officer that Cushing Residence is his mother's residence and that he also stayed there in addition to Mok Residence.

5. Between August and October 2026, multiple fraudulent orders for large quantities of ammunition were placed with out-of-state ammunition dealers. Many of these orders used the same names and listed as shipping addresses in the Eastern District of Michigan. Law enforcement investigation further revealed that the orders were submitted and tracked using IP addresses associated with residences associated with MYLES including the following:

| **Order Time (EDT)** | **Dealer** | **Name on Order** | **Order** |
|---|---|---|---|
| 9/6/2026 12:06 p.m. | Dealer 1 (West Virginia) | T.S. (successful but refunded) | 10,000 rounds of PMC 5.56×45mm ammunition, 10,000 rounds of .357 caliber ammunition, and 5,000 rounds of .223 Remington ammunition. |
| 09/13/2026 12:31 p.m. | Dealer 2 (Utah) | T.S. (successful but intercepted) | 7,000 rounds of .223 caliber 55-grain hollow-point ammunition and 5,000 rounds of .223 caliber 55-grain FMJ ammunition. |
| 9/13/2026 2:15 p.m. | Dealer 3 (Arizona) | T.S. (successful/ recalled) | 5,000 rounds of PMC X-TAC 5.56×45mm NATO, 62-grain FMJ ammunition |
| 9/13/2026 12:31 p.m. | Dealer 2 (Utah) | T.S (successful, partly intercepted) | 7,000 rounds of 55-grain hollow point and 5,000 rounds of 55-grain FMJ ammunition |

6. The first three transaction above were made using IP addresses associated with the Mok Residence, and the last one was made using an IP address associated with the Cushing Residence.

7. The name “T.S.” was also used to place nine fraudulent ammunition orders with Dealer 1 on August 30, 2026. The IP address associated with those transactions was traced to a residence that, according to law enforcement database queries, is the Michigan Secretary of State residence of record for MYLES, whose driver’s licenses was issued in May 2023.

8. Pursuant to federal search warrant, agents obtain phone location data associated with MYLES’s known phone number (which he also used to communicate with probation). Investigators also observed that, at the time many of the fraudulent orders were placed using IP addresses associated with Mok Residence and Cushing Residence, MYLES’s phone was utilizing cell towers and sectors serving the areas of those same residences. The call details records also show MYLES regularly communicated with a known associate, whose address was used as shipping address for many of these fraudulent purchases or attempted purchases of ammuniton. On September 22 and September 24, that associate sold a total of approximately 7,000 rounds of .223-caliber ammunition, closely corresponding to a portion of the fraudulent September 13, 2026 ammunition order placed under the name “T.S.” that was not intercepted. Call detail records also

show that the associate communicated by telephone with MYLES minutes before and after contacting the pawn shop where he later sold the ammunition on the same day.

9. On November 20, 2026, law enforcement executed federal search warrants at the Mok Residence and the Cushing Residence.

10. During the execution of the search warrant at the Mok residence, agents recovered a large quantity of various caliber ammunition from the garage. Also located in the garage was court paperwork bearing MYLES' name.

11. During the execution of the search warrant at the Cushing Residence, agents located MYLES who was present with a family member, who is currently on probation, and a five-year-old child. Agents located a disassembled AR-type firearm from the basement. The firearm was linked to a previously identified fraudulent order known to involve MYLES and known associates.

12. Pursuant to a federal search warrant, agents recovered and reviewed MYLES's cellular phone. During that review, agents located a photograph of the identification card belonging to "T.S." and a message sent through the TextNow application in which MYLES solicited buyers for .223-caliber and 5.56-caliber ammunition. Additionally, law enforcement identified conversations dated August 30, 2026, between MYLES and Dealer 1 regarding the purchase of 20,000 rounds of ammunition. During the transaction, the ammunition dealer addresses MYLES

as "T." The photograph of T.S.'s identification card, combined with the use of the alias "T" in arranging the ammunition purchase, is consistent with MYLES's use of T.S.'s identity and fraudulent identity and financial information in furtherance of the fraudulent ammunition-ordering scheme.

## III. CONCLUSION

13. Probable cause exists that between on or about August 30, 2026, and November 20, 2026, MYLES violated 18 U.S.C. § 922(g)(1) (felon in possession of ammunition), 18 U.S.C. § 1343 (wire fraud) in the Eastern District of Michigan.

Kara Klupacs, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

Honorable Anthony P. Patti
United States Magistrate Judge

Dated: November 20, 2026